824

No. 79–1706. ANDREWS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 79–1707. DACOSTA ET AL. v. DACOSTA ET AL. Sup. Ct. Pa. Certiorari denied.

No. 79–1710. KONDRAT v. BYRON. Ct. App. Ohio, Lake County. Certiorari denied.

No. 79–1712. CARPENTERS DISTRICT COUNCIL OF SOUTHERN COLORADO ET AL. v. REID BURTON CONSTRUCTION, INC. C. A. 10th Cir. Certiorari denied.

No. 79–1717. WRITERS GUILD OF AMERICA, WEST, INC., ET AL. v. AMERICAN BROADCASTING COS., INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 79–1721. CARLE FOUNDATION v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 79–1724. YEH v. SYSTEM DEVELOPMENT CORP. C. A. 9th Cir. Certiorari denied.

No. 79–1725. CITY OF BOCA RATON v. BOCA VILLAS CORP. ET AL.; and CITY OF BOCA RATON v. ARVIDA CORP. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 79–1726. LEFKOWITZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 79–1728. HOT SPRINGS COUNTY SCHOOL DISTRICT NUMBER ONE ET AL. v. WASHAKIE COUNTY SCHOOL DISTRICT NUMBER ONE ET AL. Sup. Ct. Wyo. Certiorari denied.